AO-10 (w)
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting (Last name, first, middle initial)  Robertson, James | 2. Court or Organization  District of Columbia | 3. Date of Report  06/15/2004 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (active) | 5. Report Type (check type)  ___ Nomination, Date ___/___/___  Initial    X  Annual    ___ Final | 6. Reporting Period  01/01/2003 to 12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address  United States Courthouse  Room 6315  Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION                NAME OF ORGANIZATION / ENTITY

[X] NONE (No reportable positions.)

1 _____     _____

2 _____     _____

3 _____     _____

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

DATE                PARTIES AND TERMS

[ ] NONE (No reportable agreements.)

1  1994        Wilmer, Cutler & Pickering Retirement Plan (see part VIII)

2  _____  _____

3  _____  _____

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE        SOURCE AND TYPE                          GROSS INCOME (yours, not spouse's)

[ ] NONE (No reportable non-investment income.)

1  2001      Wilmer, Cutler & Pickering (retirement income)          17492.00

2  _____  _____

3  _____  _____

4  _____  _____

FINANCIAL DISCLOSURE OFFICE  2004 JUN 24 A 10: 5  RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Robertson, James | Date of Report<br>06/15/2004 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| **X** NONE (No such reportable reimbursements.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **X** NONE (No such reportable gifts.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| NONE (No reportable liabilities.) | | | |
| 1 | SunTrust Bank, N.A. | Overdraft protection line | J |
| 2 | Visa | Credit card | K |
| 3 | SunTrust Bank, N.A. | Unsecured credit line | L |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000  0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS– income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 BANK ACCOUNTS | | | | | | | | | |
| 2 Chevy Chase Bank, Bethesda, MD | A | Interest | J | T | | | | | |
| 3 SunTrust Bank, Washington, D.C. | A | Interest | J | T | | | | | |
| 4 SMITH BARNEY IRA | | | | | | | | | |
| 5 GOVERNMENT SECURITIES | | | | | | | | | |
| 6 FHL Mtg Corp bonds | B | Interest | M | T | Buy | 1/27 | L | | |
| 7 FHL Bank Cons bonds | | | | | Sell | 5/12 | L | A | |
| 8 STOCKS, STOCK FUNDS | | | | | | | | | |
| 9 Innerstep BSE Class A PFD | | None | K | U | | | | | |
| 10 Pepsico PEP | A | Dividend | K | T | | | | | |
| 11 Procter & Gamble PG | A | Dividend | K | T | | | | | |
| 12 Cisco Sys Inc CSCO | . | None | K | T | | | | | |
| 13 EMC Corp EMC | | None | J | T | | | | | |
| 14 General Electric Co. GE | A | Dividend | K | T | | | | | |
| 15 Home Depot Inc. HD | A | Dividend | K | T | | | | | |
| 16 Liberty Media Corp LMCA | | None | K | T | | | | | |
| 17 Microsoft Corp MSFT | | None | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, James | 06/15/2004 |

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Oracle Corp. | | None | | | Sell | 12/29 | K | D | |
| 19 Pfizer Inc. PFE | A | Dividend | K | T | | | | | |
| 20 Applied Materials Inc. Delaware AMAT | | None | K | T | | | | | |
| 21 Comcast Corp Class A CMCSA | | None | | | Sell | 9/29 | J | B | |
| 22 Comcast Corp Cl A-SPL CMCSK | | None | J | T | | | | | |
| 23 Morgan Stanley Dean Witter Co MWD | A | Dividend | K | T | | | | | |
| 24 Sun Microsystems Inc SUNW | | None | | | Sell | 12/29 | J | | |
| 25 J.M. Smucker Co. | A | Dividend | | | Sell | 12/29 | J | | |
| 26 Dell Inc. DELL | | | K | T | Buy | 11/25 | K | | |
| 27 Express Scripts Inc. ESRX | | | K | T | Buy | 11/24 | K | | |
| 28 Medimmune Inc MEDI | | | K | T | Buy | 12/8 | K | | |
| 29 Nokia Corp NOK | | | K | T | Buy | 10/9 | K | | |
| 30 Omnicom Group Inc. OMC | | | K | T | Buy | 11/25 | K | | |
| 31 MONEY FUNDS | | | | | | | | | |
| 32 Smith Barney Money Funds | B | Interest | | | Redemptions | vario | M | | |
| 33 Citibank Deposit Program | A | Interest | L | T | Deposits | vario | L | | |
| 34 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Part II WILMER, CUTLER & PICKERING RETIREMENT PLAN

The Plan provides essentially for a retiring partner to receive monthly payments for the rest of the partner's life, provided only that the partner does not directly compete with Wilmer, Cutler & Pickering in the practice of law. Payments are calculated at the time of a partner's retirement and are fixed at an amount which (annually) equals 25 percent of the partner's average annual income for the partner's last three years. There is no occasion for upward adjustment of retirement payments, except that adjustments will be made to reflect increases in the cost of living if and to the extent cumulative inflation exceeds 4 percent in a year. There is no occasion for downward adjustment, except that the firm's annual obligation to all retired partners together is capped at 5 percent of firm income. The Retirement Plan has no provision for payment of a lump sum in lieu of periodic payments.

Part VII INVESTMENTS AND TRUSTS

lines 6, 7 -- A quantity of both FHL Bank Cons bonds and FHL Mtg Corp bonds were purchased on 12/6/02. They were incorrectly listed together as FHL Mtg Corp bonds in my 2002 report. They are correctly separated in this report, including the sale of the FHL Bank Cons bonds on 5/12.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature     Date _June 15, 2004_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544